```
 1
 2
 3
 4
 5
 6
 7
```

FILED
FEB -7 PM 1:13
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

```
                                    )
                                    )
              Plaintiff,            )   CASE NO. CV-08-0285-MMC
                                    )
    vs.                             )   PRISONER'S
                                    )   APPLICATION TO PROCEED
                                    )   IN FORMA PAUPERIS
                                    )
              Defendant.            )
                                    )
```

I, Marvin Woodard, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | _____Unknown_____
5 | _____
6 | _____
7 | 2.  Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |    a.  Business, Profession or                    Yes ___ No ✓
10|        self employment
11|    b.  Income from stocks, bonds,                 Yes ___ No ✓
12|        or royalties?
13|    c.  Rent payments?                             Yes ___ No ✓
14|    d.  Pensions, annuities, or                    Yes ___ No ✓
15|        life insurance payments?
16|    e.  Federal or State welfare payments,         Yes ___ No ✓
17|        Social Security or other govern-
18|        ment source?
19| If the answer is "yes" to any of the above, describe each source of money and state the amount
20| received from each.
21| _____
22| _____
23| 3.  Are you married?                              Yes ___ No ✓
24| Spouse's Full Name: _____
25| Spouse's Place of Employment: _____
26| Spouse's Monthly Salary, Wages or Income:
27| Gross $_____  Net $_____
28| 4.  a.  List amount you contribute to your spouse's support:$ _____

|     |     |
| --- | --- |
| 1   | b.  List the persons other than your spouse who are dependent upon you for |
| 2   | support and indicate how much you contribute toward their support. (NOTE: |
| 3   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4   | THEIR NAMES.). |

5  _____

6  _____

7  5. Do you own or are you buying a home?   Yes ____ No ✓

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6. Do you own an automobile?   Yes ____ No ✓

10 Make _____ Year _____ Model _____

11 Is it financed? Yes ____ No ____ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $ _____

17 Do you own any cash? Yes ____ No ✓ Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)   Yes ____ No ✓

20 _____

21 8. What are your monthly expenses?

22 Rent: $ _____None_____ Utilities: _____None_____

23 Food: $ _____None_____ Clothing: _____None_____

24 Charge Accounts:

25 Name of Account        Monthly Payment        Total Owed on This Acct.

26 _____        $ _____        $ _____

27 _____        $ _____        $ _____

28 _____        $ _____        $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ No _____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  2-02-05                    Marvin Woodard
17    DATE                    SIGNATURE OF APPLICANT

Marvin Woodard
Reg. No. 98908-011
Cornells Corrections
111 Taylor Street
San Francisco CA 94102

February 02,2008



Office of the clerk
United states District Court
450 Golden Gate Ave
PO.BOX 36060
San Francisco CA 94102

Case No. CV-08-0285-PR-MMC

Office of the clerk

   I sent a letter to Judge Jensen stating that I have been denied excess to the Law Library by Cornells Corrections located in San Francisco California. At the time the letter was sent I had know intention of filing a Civil action. I only sent a letter the judge Jensen to assist me into gaining excess to the law library.

   Since the letter has been sent to judge Jensen the issue has been resolve by Cornells Correctios, and I am asking that the Civil action that has been errously filed by the clerk office I am asking that the case be dismissed as of Moot, There is know relief that the court can grant. I amm also asking that the $350.00 be dismissed since it was errously filed by the clerk office.

   I do not have any funds to pay any fees that may have ocurred. Thank you for your time and consideration,

Sincerely,

*Marvin Woodard*
Marvin Woodard

Marvin Woodard
Reg. No. 98908-011
Cornells Corrections
111 Taylor Street
San Francisco CA 94102

February 02,2008



Office of the clerk
United states District Court
450 Golden Gate Ave
PO.BOX 36060
San Francisco CA 94102

Case No. CV-08-0285-PR-MMC

Office of the clerk

   I sent a letter to Judge Jensen stating that I have been denied excess to the Law Library by Cornells Corrections located in San Francisco California. At the time the letter was sent I had know intention of filing a Civil action. I only sent a letter the judge Jensen to assist me into gaining excess to the law library.

   Since the letter has been sent to judge Jensen the issue has been resolve by Cornells Correctios, and I am asking that the Civil action that has been errously filed by the clerk office I am asking that the case be dismissed as of Moot, There is know relief that the court can grant. I amm also asking that the $350.00 be dismissed since it was errously filed by the clerk office.

   I do not have any funds to pay any fees that may have ocurred. Thank you for your time and consideration,

                                              Sincerely,

                                              Marvin Woodard
                                              Marvin Woodard



NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680