1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

In Re.                                    No. C 08-285 SI (pr)

MARVIN WOODARD,                   **JUDGMENT**

         Plaintiff.

_____/

This action is dismissed because it was opened in error.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 15, 2008

SUSAN ILLSTON
United States District Judge